United State District Court
District of Delaware

18- 874

Wayne Gamble

V

Civil right motion
No _____

Dover Army Air force Base

FILED 2018 JUN 13 PM 1:00 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

## My law Issue, And Issue

I wrote Dover Army Air force base a long time ago about The State of Delaware breaking the law, And they Ignore Me, and did not Care Cause Dover Delaware Capitol building and Capitol police of the State of Delaware lied to them about everything. And Dover Delaware Capitol and Dover Delaware Capitol police, Committed a history of Crime, And heard that they the Dover Delaware Capitol Police Stoled Wayne Gamble born Aug.16 1970 farm Money that was given to him when he was a little Kid out of Citizen Bank in Wilmington, Delaware on 919 Market Street, And they Stoled Other people Money too, Out of Citizen Bank against the law. I just want my Money back it was insured. $6,000,000

x Wayne Gamble